1

2

3

4

5

**IN THE UNITED STATES DISTRICT COURT**

6

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8   PAMELA PYNE,                                         CASE NO.  1:05-cv-01520 FVS TAG

9                    Plaintiff,                          ORDER DISCHARGING ORDER
                                                         TO SHOW CAUSE
10

11         vs.                                           (Docs. 18, 20)

     JO ANNE B. BARNHART,                                ORDER DENYING MOTION
12                                                       TO VACATE DISMISSAL
     Commissioner of Social Security,
13                                                       (Doc. 19)
                     Defendant.
14   _____/

15

16         The Court having received "Proof of Service of Plaintiff's Confidential Brief" (Doc. 21), and

     good cause appearing, it is hereby
17

18         ORDERED that the Court's Order to Show Cause Why Action Should Not Be Dismissed For

     Failure to Prosecute (Doc. 18) is hereby DISCHARGED.
19

20         In light of the foregoing, the Court will not, at this time,  recommend dismissal of this  action

     for failure to prosecute.  Accordingly, it is further ORDERED that Plaintiff's Motion to Vacate
21

     Dismissal (Doc. 19) is DENIED.
22

23

     IT IS SO ORDERED.
24

25   Dated:   **August 14, 2006**                              **/s/ Theresa A. Goldner**
     **j6eb3d**                                          UNITED STATES MAGISTRATE JUDGE

26

27

28

1