**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAMELA PYNE, | No. 05-cv-01520 FVS TAG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT |
| vs. | (Ct. Rec. 27) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ORDER DIRECTING THE CLERK TO ENTER JUDGMENT FOR DEFENDANT MICHAEL J. ASTRUE AND AGAINST PLAINTIFF PAMELA PYNE |
| Defendant. | |

   Plaintiff Pamela Pyne ("Plaintiff"), through counsel, filed a complaint seeking judicial review of an administrative decision denying her claim for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. § 401 et seq. (Ct. Rec. 1). On January 4, 2008, the Magistrate Judge filed Findings and Recommendations which were served on the parties and contained notice that any objections to the Findings and Recommendations were to be filed within ten (10) court days of the date of service. (Ct. Rec. 27). No timely objections to the Findings and Recommendations have been received by the court.

   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the Findings and Recommendations filed on January 4, 2008, to be supported by the record and by the Magistrate Judge's analysis. Accordingly, the court adopts the Magistrate Judge's Findings and Recommendations in its entirety.

**IT IS HEREBY ORDERED**:

1. The Findings and Recommendations, filed January 4, 2008 (**Ct. Rec. 27**), are **ADOPTED IN FULL**,

2. Plaintiff's Social Security complaint (**Ct. Rec. 1**) is **DENIED**, and

3. The Clerk of Court is **DIRECTED to enter judgment** for Defendant Michael J. Astrue and against Plaintiff Pamela Pyne, forward copies to counsel, and close the file.

**IT IS SO ORDERED.**

DATED this __31st__ day of January, 2008.


                                   s/ Fred Van Sikcle
                                   FRED VAN SICKLE
                                   UNITED STATES DISTRICT JUDGE